UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOSHUA EICHELBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-CV-00104-JRG-CRW |
| | ) | |
| SULLIVAN COUNTY SHERIFF'S OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum and Order entered herewith, Plaintiff's complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24. The Clerk is **DIRECTED** to close this file.

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

   s/ *LeAnna R. Wilson*
   District Court Clerk